

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2014

No. 04-14-00414-CV

Whitney **BREWSTER**, In her capacity as executive director of The Texas Department of Motor Vehicles,
Appellant

v.

Drew **ROICKI** and Richard Roicki As Successors in Interest to Pinnacle Motors,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-06565
Honorable Richard Price, Judge Presiding

# O R D E R

Appellees' unopposed third motion for extension of time to file brief is hereby GRANTED. The appellees' brief is deemed filed as of November 5, 2014.

It is so **ORDERED** on November 13, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court